IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETRA STETT OGNER as Trustee of the IRVING D. OGNER TRUST, dated January 27, 1995, Amended and Restated In Entirety on January 22, 2015,<br><br>    Plaintiff,<br><br>  vs.<br><br>M/V KILOHANA, O.N. 1208577, her engines, machinery, furniture, equipment, and appurtenances, In Rem; and DAVID E. THOMAS, In Personam,<br><br>    Defendants. | CIV. NO. 17-00352 JMS-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 16, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR

///

///

///

REIMBURSEMENT OF ADMINISTRATIVE EXPENSES," ECF No. 74, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 1, 2018.



    /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Ogner v. M/V Kilohana, O.N. 1208577, et al.*, Civ. No. 17-00352 JMS-RLP, Order Adopting Magistrate Judge's Findings and Recommendation